1010

No. 725. Association of Westinghouse Salaried Employees *v.* Westinghouse Electric Corp. C. A. 3d Cir. Certiorari granted. *Arthur J. Goldberg* for petitioner. *Mahlon E. Lewis* and *Robert D. Blasier* for respondent.

No. 726. Smith *v.* United States. C. A. 1st Cir. Certiorari granted. *Richard Maguire* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, David L. Luce, Joseph M. Howard* and *Dickinson Thatcher* for the United States.

No. 747. Sullivan *v.* United States. C. A. 10th Cir. Certiorari granted. *Llewellyn A. Luce* and *Walter H. Maloney* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, David L. Luce* and *Joseph M. Howard* for the United States.

No. 730. Regan *v.* New York. Court of Appeals of New York. Certiorari granted. *Elaine F. Friedman* for petitioner. *Edward S. Silver* and *Aaron E. Koota* for respondent.

No. 719. Opper *v.* United States. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted limited to questions 3, 4, and 5 presented by the petition for the writ which read as follows:

"3. Whether, where an admission is made to law enforcement officers after the date of the acts charged as crimes, it is to be so far treated as a confession that, in the absence of corroboration, it is inadmissible.